UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE: } CHAPTER 13
DEE ANN RIEDESEL } CASE: 18-10292KHT
}
}
}
DEBTOR

CERTIFICATE OF SERVICE

The undersigned certifies that on July 10, 2019, I served a complete copy of the Chapter 13 Trustee's Objection to Proof of Claim of UNITED CONSUMER FINANCIAL SERV, and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules at the following addresses:

| | | |
|---|---|---|
| UNITED CONSUMER FINANCIAL SERV BASS & ASSOCIATES 3936 E FT LOWELL RD STE 200 TUCSON, AZ 85712 | DEE ANN RIEDESEL 16865 HURON STREET APT. 305 BROOMFIELD, CO 80023 | WATTON LAW GROUP 301 W WISCONSIN AVE 5TH FL MILWAUKEE, WI 53203 |

Dated: July 10, 2019

/s/ ad
Chapter 13/Staff Member
PO Box 1169
Denver, CO 80201-1169
(303)830-1971