## UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Dee Ann Riedesel, | CASE: 18-10292 KHT |
| DEBTOR(S) | |

### CHAPTER 13 TRUSTEE'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Withdrawal of Objection to Proof of claim #12 filed by United Consumer Financial Service. The claim has been amended.

Dated: August 14, 2019

                                                           Respectfully submitted,

                                                          /s/ Adam M. Goodman
                                                          Adam M. Goodman
                                                          Standing Chapter 13 Trustee
                                                          1888 Sherman Street, Suite 750
                                                          Denver, Colorado 80203
                                                          (303) 830-1971 phone
                                                          (303) 830-1973 facsimile
                                                          agoodman@ch13colorado.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Withdrawal of Motion to Determine Treatment was placed in the U.S. Mail, postage prepaid on or delivered electronically via CM/ECF August 14, 2019 addressed as follows:

**Dee Ann Riedesel**
16865 Huron Street Apt. 305
Broomfield, CO 80023

<u>VIA CM/ECF</u>
Thomas A. Arany

                                                           /s/ Anne DeWitt
                                                           Chapter 13 Staff Member